# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEE KINNAMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. HAMILTON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:13-cv-00047-LJO-BAM PC<br><br>ORDER DISMISSING ACTION AS DUPLICATIVE OF CASE NUMBER 1:13-cv-00040 JLT<br><br>(ECF No. 1) |

　　　Plaintiff Todd Lee Kinnamon, a state prisoner proceeding pro se, filed this action on January 11, 2013. A review of court records reveals that this action is duplicative of case number 1:13-cv-00040-JLT, <u>Kinnamon v. Hamilton, et. al</u>, which was filed on January 10, 2013. Both actions are alleging negligence and discrimination by Correctional Officers E. Hamilton and S. Rather.

　　　As the complaints are alleging the same facts against the same defendants, this case, as the later-filed one, is HEREBY DISMISSED as duplicative.

　　　IT IS SO ORDERED.

**Dated:　　January 22, 2013**　　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE